

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2019

No. 04-18-00713-CV

**EX PARTE D. L. W.**,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-08970
Honorable Stephani A. Walsh, Judge Presiding

## O R D E R

Appellee's brief was due on December 20, 2018. *See* TEX. R. APP. P. 38.6(b). To date, no Appellee's brief or motion for extension of time has been filed.

If Appellee wishes to file a brief in this appeal, Appellee is hereby ORDERED to file within TEN DAYS of the date of this order (1) Appellee's brief and (2) a reasonable explanation for failing to timely file the brief. *See id.* R. 38.6(d). If Appellee wishes the response to serve as a motion for extension of time, the response must comply with Rule 10.5(b)(1) of the Texas Rules of Appellate Procedure and the Fourth Court of Appeals' local rules. *See id.* R. 10.5(b)(1); 4TH TEX. APP. (SAN ANTONIO) LOC. RS., http://www.txcourts.gov/4thcoa/practice-before-the-court/ local-rules.aspx.

If Appellee fails to file an adequate response within TEN DAYS of the date of this order, the appeal will be set for submission without Appellee's brief.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court